UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00149-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIME GALLEGOS-GANDAR,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on May 5, 2010. Accordingly, all pretrial deadlines and the jury trial set for June 1, 2010 are **VACATED**. A Change of Plea hearing is set for **Friday, June 25, 2010 at 1:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: May 7, 2010