UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00149-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAIME GALLEGOS-GANDAR,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with the Court's calendar, the change of plea hearing set for Friday, June 25, 2010 at 1:30 p.m. is **VACATED and RESET to Monday, August 2, 2010 at 9:30 a.m.**

    Dated: June 24, 2010